# COMPLAINT FORM
(for filers who are prisoners without lawyers)

(revised 4/19/2022)

FILED
03/16/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana

Terrehaute division

(Full name of plaintiff(s))

Samuel Adam Arnett

v.

(Full name of defendant(s))

Sullivan County Jail and administration

Case Number:

2:23-cv-00126-JRS-MKK

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Indiana__, and is located at
   (State)

   __24 South State Street Sullivan, Indiana__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant __Sullivan County Jail and administration__
   (Name)

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)
and (if a person) resides at __24 S. State Street Sullivan, IN 47882__
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for __Sullivan County Jail__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On 12/19/22 filed a medical request I was in B Block cell #3 which has no cell light at all it has been removed prior to my arrival. My foot broke when I woke up in the morning for breakfast I steped on the side of my "boot" bunk at a weird angle and herd my foot "pop" Its very dark and could not see my foot placement I was not seen by the Jail nurse until after placing another request until 12/28 finely on 1/2/23 they took an xray in Jail gurarage. On 1/3/23 I requested results. Finaly I was taken to Sullivan County Community

hospital where I was seen every two weeks. At the hospital I was treated very well and the staff there was excellent. The doctor there said if they got to my foot quicker it would have been benificial to my recovery, and that my enviroment and delay of beeing brought to hospital caused slow healing. Further more on 2/6/23 I requested to move cells due to broken foot it was approved but then verbaly denied. I was only moved later because of Block lockdown. On 2/28/23 I requested Ib protien for pain and swelling and was told to purchuce at off commissary. I filed a grievence due to lighting situation still waiting on response.

C.  JURISDICTION

[✓]  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[✓]  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $250,000.00.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like payment for pain and suffering due to the wait for medical treatment and denial of Ib. proffin after my medical boot was removed and for keeping me in a harsh invironment with an injury where I was at risk of further injury and the invironment caused slow healing of my fracture, and to my understanding this is medical neglect and neglagence with malace intent.

E.   JURY DEMAND

☑   Jury Demand - I want a jury to hear my case

   OR

☐   Court Trial – I want a judge to hear my case

Dated this __12__ day of __March__ 20__23__.

Respectfully Submitted,

_____
Signature of Plaintiff

__101 775_____
Plaintiff's Prisoner ID Number

__24 South State Street_____
__Sullivan Indiana 47882_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.   OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE

## FILING FEE

 ☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.