UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| SAMUEL ADAM ARNETT, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:23-cv-00126-JRS-MKK |
| SULLIVAN COUNTY JAIL, | ) |
| Defendant. | ) |

**Final Judgment**

The court now enters final judgment. This action is **dismissed without prejudice**.

Date: 11/15/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

SAMUEL ADAM ARNETT
Sullivan County Sheriff's Office
24 S State St
Sullivan, IN 47882